IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gary L. Egan and Cheryle P. Egan,  :   Chapter 7
         Debtor  :   No. : 15-18593-ref

## **DEBTORS' REBUTTAL OF PRESUMPTION OF ABUSE**

COME NOW Debtors, Gary L. Egan and Cheryle P. Egan, by and through counsel at the Law Office of Stephen Ross PC, to rebut the presumption of abuse pursuant to 11 U.S.C. § 707(b)(2)(B), and in support thereof, aver as follows:

1. Debtors filed for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code on November 30, 2015.

2. The Chapter 7 panel trustee ("Trustee") assigned to bankruptcy case 15-18593-ref is Robert H. Holber, Esquire.

3. Debtors maintain a household of three individuals, including a thirty-year old daughter.

4. Adult daughter is supported by Debtors and claimed as a dependent on annual tax returns due to severe epilepsy of daughter that eliminates any possibility of her maintaining employment.

5. Debtor Cheryle Egan is the owner of Imagine That Boutique, LLC which is a business that primarily sells jewelry.

6. Debtor operated the business online and had a physical location at 514 Penn Avenue, Reading PA until closure of the physical location in July 2009 due to poor sales.

7. The online business continued until October 2015 when the website and business were discontinued due to poor sales.

8. Imagine That Boutique, LLC gross sales were $259.00 for year 2014 and $2123.07 for year 2015.

9.   Debtor Gary L. Egan is a 56 year-old tool maker by trade.

10.  Due to the lack of substantial business income from his wife's business in year 2014 or 2015, in order to support the mortgage expenses and obligations to maintain the household, Debtor Gary Egan was working an extraordinary amount of overtime hours at Can Corporation of America, where Gary worked for many years.

11.  Debtor's overtime was eliminated in early 2015 at Can Corporation of America due to cost cutting by a new management team.  Gary sought out additional income at a second job at SW Machine, where he was employed from April 2015 through July 2015.

12.  Debtor then left SW of America in July 2015 and took a better paying position at Isolator Fitness in July 2015.

13.  Debtor was working approximately eighty hours per week for the majority of year 2015 up to October 26, 2015, which allowed Debtor to remain current on his obligations to creditors.

14.  The new management at Can Corporation of America terminated Debtor Gary L. Egan on October 26, 2015 for sleeping in the break room during his allocated fifteen minute break during hours of employment.

15.  Debtors and their dependent now rely on debtor Gary Egan's income at Isolator Fitness at the sole source of support.

16.  Debtor's gross income at Isolator Fitness averages $5,143.23 per month, which is insufficient to support the current debt obligations after payment of income taxes and other payroll deductions.

17.  Debtors cannot maintain the cost of the mortgage loans, unpaid real estate taxes, increased utility bills through winter, and required maintenance of the real estate at 15 Ridge Crest Drive, Fleetwood, Pennsylvania on Debtors' reduced household income.

18. Debtors are therefore surrendering the real estate and renting a lower cost apartment for the household in Wyomissing, PA that begins on January 8, 2016.

19. Debtor Cheryle Egan has preserved the remaining inventory of Imagine That Boutique, LLC for sale by Trustee if the Trustee believes the sale of assets would be reasonably likely to benefit creditors of Debtors' estate.

20. Debtors, with significantly reduced income, are in need for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code and rebut the presumption of abuse pursuant to 11 U.S.C. §707(b)(2)(B).

WHEREFORE, Debtors pray that the Court, United States Trustee, the Chapter 7 panel trustee, and all parties in interest consider Debtors' circumstances and determine that this case is not abusive pursuant to 11 U.S.C. §707(b)(2)(B).

Respectfully submitted,

**LAW OFFICE OF STEPHEN J. ROSS, PC**

BY: */s/ Joseph Quinn*_____
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
JQuinn@sjr-law.com

Date:  December 4, 2015